Michael A. Sweet (CA SBN 184345)
*msweet@foxrothschild.com*
Fox Rothschild LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone:   (415) 364-5540
Facsimile:    (415) 391-4436

Attorneys for Plaintiff E. Lynn Schoenmann,
Chapter 7 Bankruptcy Trustee for Artem Koshkalda

Annie S. Wang (CA SBN 243027)
*annie@wangalc.com*
J. Andrew Coombs, Of Counsel (CA SBN 123881)
*andy@wangalc.com*
Wang Law Corporation
1150 Foothill Boulevard, Suite E
La Cañada Flintridge, California 91011
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Henry S. David (CA SBN 89297)
*hdavid@davidfirm.com*
Hayim M. Gamzo (CA SBN 307033)
*hgamzo@davidfirm.com*
The David Firm®
617 W. 7th Street, Suite 702
Los Angeles, California 90017
Telephone:   (213) 550-4020
Facsimile:    (213) 550-4010

Attorneys for Defendants Seiko Epson Corporation
and Epson America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Artem Koshkalda, individually and as Sole Shareholder and Transferee of ART, LLC, | Case No. CV18-5087 FMO (AGRx) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| Seiko Epson Corporation and Epson America, Inc. and Does 1 – 50, inclusive, | Complaint served on SEC:  June 15, 2018 Current Response Date: July 6, 2018 New Response Date: July 31, 2018 |
| Defendants. | |
| | Complaint served on EAI:  June 12, 2018 Current Response Date: July 3, 2018 New Response Date: July 31, 2018 |

Koshkalda v. Epson: Stip. to Extend Time

WHEREAS, Artem Koshkalda ("Koshkalda") is the debtor in a bankruptcy case now pending in the United States Bankruptcy Court for the Northern District of California, No. 18-30016, which was commenced on January 5, 2018;

WHEREAS, E. Lynn Schoenmann ("Trustee Schoenmann") is the duly appointed and serving trustee in bankruptcy for the estate of Koshkalda;

WHEREAS, ART LLC is the debtor in a bankruptcy case now pending in the United States Bankruptcy Court for the Northern District of California, No. 18-30014, which was commenced on January 5, 2018;

WHEREAS, the claims alleged against Defendants Seiko Epson Corporation and Epson America, Inc. (collectively "Defendants") in the above-entitled action in this Court (this "Lawsuit') by Koshkalda as Sole Shareholder and Transferee of ART LLC were abandoned to ART LLC by its bankruptcy trustee under the applicable provisions of bankruptcy law (11 U.S.C. § 554);

WHEREAS, the claims abandoned by ART LLC's trustee thereupon became property of the bankruptcy estate of Koshkalda by operation of bankruptcy law and Koshkalda's bankruptcy counsel conceded on June 28, 2018, that Koshkalda did not possess the authority to commence this action;

WHEREAS, the claims alleged against Defendants by Koshkalda individually are the property of the bankruptcy estate of Koshkalda;

WHEREAS, Trustee Schoenmann is therefore the true party in interest as plaintiff, entitled to assert or otherwise deal with the claims alleged in this Lawsuit;

WHEREAS Koshkalda's counsel of record was notified of the United States Bankruptcy Court for the Northern District of California's ruling and of Koshkalda's bankruptcy counsel's concession that the Trustee is the true party in interest;

WHEREAS Koshkalda's counsel of record does not object to the filing of this Stipulation;

NOW, THEREFORE, Trustee Schoenmann, as the true plaintiff herein, and Defendants, stipulate as follows:

1. A brief extension of time to respond to the Complaint is appropriate to avoid the unnecessary expenditure of fees and costs related to responding to this Lawsuit;

2. A brief extension of time will permit Koshkalda's current counsel to confirm that Koshkalda is not the true party in interest;

3. Defendants in this Lawsuit shall have until and through July 31, 2018, to file an answer or other responsive pleading to the initial complaint in this Lawsuit if needed, with all defenses reserved; and

4. The extension of time agreed to in this Stipulation does not extend the cumulative time from the original response dates by more than 30 days, and this extension is therefore effective pursuant to Local Rule 8-3 without order of the Court.

IT IS SO STIPULATED.

Dated: July 3, 2018                    Wang Law Corporation

                                       By:  /s/ Annie S. Wang
                                            Annie S. Wang
                                            J. Andrew Coombs, Of Counsel
                                       Attorneys for Defendants Seiko Epson
                                       Corporation and Epson America, Inc.

Dated:  July 3, 2018                   FOX ROTHSCHILD LLP

                                       By:   /s/ Michael A. Sweet
                                             Michael A. Sweet (CA SBN 184345)
                                       Attorneys for Plaintiff E. Lynn Schoenmann,
                                       Trustee

Dated:  July 3, 2018                   REALLAW, APC

                                       By:   /s/ Michael J. Hassen
                                             Michael J. Hassen
                                       Attorneys for Plaintiff Artem Koshkalda,
                                       individually and as Sole Shareholder and
                                       Transferee of ART, LLC

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Rule 5-4.3.4, the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

- 4 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause.  I am employed by a member of the Bar of the United States District Court Central District of California.  My business address is 1150 Foothill Boulevard, Suite E, La Cañada Flintridge, California 91011.

On July 3, 2018, I served on the interested parties in this action with:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

in support for the following civil action:

Artem Koshkalda v. Seiko Epson Corporation, et al.

 X  via the United States District Court CM/ECF to mjhassen@reallaw.us;

 X   by placing a true copy thereof in an envelope to be immediately sealed thereafter to the parties listed below.  I am readily familiar with the office's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at La Cañada Flintridge, California in the ordinary course of business.  I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

> Michael A. Sweet
> Fox Rothschild LLP
> 345 California Street, Suite 2200
> San Francisco, CA 94104

Place of Mailing: La Cañada Flintridge, California
Executed on July 3, 2018, at La Cañada Flintridge, California

_____
Katrina Bartolome